UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

Plaintiff,

v.

CIGARETTE DISCOUNTERD, LP, ET AL.,

Defendants,

No. 3:24-cv-03649-JD

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Cigarette Discounters, LP d/b/a Cigarette Discounters and Mohamed Ahmed Rafeq Ali, (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Dated: May 15, 2026

FOR PLAINTIFF

By: /s/Tomas Carlos Leon

Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
Attorney for Plaintiff

FOR DEFENDANT

/s/Stuart James West

**Stuart James West**
West & Associates, A PC
190 N. Wiget Lane, Suite 280
Walnut Creek, CA 94598
t: 925-262-2220
court@westpatentlaw.com
Counsel for Defendants

LEON LAW, LLP